**CGFD28** (9/25/06)



**ORDERED in the Southern District of Florida on October 23, 2006**



**Steven H. Friedman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**
**Division: West Palm Beach**

**Case Number: 05−36640−SHF**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Robert A. Gibson
1711 Latham Rd
West Palm Beach, FL 33409

SSN: xxx−xx−8057

```
CLERK
USBC
SDFL
FILED
10/23/06
```

# FINAL DECREE

The trustee, Patricia A Dzikowski, having filed a final report that the estate has been fully administered, is discharged and the case is closed.